**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 99-4222**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

PAULA K. ADAMS,

Defendant - Appellant.

---

Appeal from the United States District Court for the Southern District of West Virginia, at Huntington. Robert J. Staker, Senior District Judge. (CR-94-140)

---

Submitted: August 10, 1999          Decided: August 31, 1999

---

Before ERVIN and WILLIAMS, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Hunt L. Charach, Federal Public Defender, George H. Lancaster, Jr., First Assistant Federal Public Defender, Charleston, West Virginia, for Appellant. Rebecca A. Betts, United States Attorney, Lisa A. Green, Assistant United States Attorney, Huntington, West Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Paula K. Adams appeals from her probation revocation. Her attorney has filed a brief in accordance with <u>Anders v. California</u>, 386 U.S. 738 (1967), stating that in his view there are no meritorious grounds for appeal but raising one issue: whether the district court erred by failing to inform Adams of her right to an attorney at her revocation hearing. <u>See</u> Fed. R. Crim. P. 32.1(a)(2)(E).

Because the record is clear that Adams was appointed an attorney who was present and represented her at her revocation hearing, we find no reversible error. <u>See generally</u> <u>United States v. Olano</u>, 507 U.S. 725, 731–32 (1993).

In accordance with <u>Anders</u>, we have examined the entire record in this case and find no reversible error.[*] We therefore affirm the conviction and sentence. This court requires that counsel inform his client, in writing, of her right to petition the Supreme Court of the United States for further review. If the client requests that a petition be filed, but counsel believes that such a petition would be frivolous, then counsel may move in this court for leave to withdraw from representation. Counsel's motion must state that a copy thereof was served on the client.

---

[*] Despite notice by the court, Adams has not filed a pro se supplemental brief.

We dispense with oral argument because the facts and legal contentions are adequately presented in the record and briefs, and oral argument would not aid the decisional process.

<u>AFFIRMED</u>